UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
JUNE 27, 2017 SESSION



FILED
JUN 28 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                CRIMINAL NO. 5:17-00120
                                  8 U.S.C. § 1326(a)

**VICTOR GUEVARA-DE LA PAZ,**
   Also known as "Victor Guavara-De La Paz"

## I N D I C T M E N T

(Reentry of a Removed Alien)

The Grand Jury Charges:

   1.  On or about November 6, 2014, defendant VICTOR GUEVARA-DE LA PAZ, also known as "Victor Guavara-De La Paz," an alien, was found in Douglas, Arizona, and was subsequently removed from the United States on or about November 8, 2014.

   2.  On or about November 12, 2014, defendant VICTOR GUEVARA-DE LA PAZ, also known as "Victor Guavara-De La Paz," an alien, was found in Douglas, Arizona, and was subsequently removed from the United States on or about November 14, 2014.

   3.  On or about May 24, 2017, at or near Lewisburg, Greenbrier County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant VICTOR GUEVARA-DE LA PAZ, also known as "Victor Guavara-De La Paz," was subsequently

found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

CAROL A. CASTO
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney